1  Martin A. Muckleroy
   **MUCKLEROY LUNT, LLC**
2  Nevada Bar No. 9634
   6077 S. Fort Apache Rd., Ste. 140
3  Las Vegas, Nevada 89148
   Tel:    (702) 907-0097
4  Fax:    (702) 938-4065
   Email: martin@muckleroylunt.com
5
   *Counsel for Plaintiff George Smith*
6
   [Additional counsel appear on signature page]
7

8              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
9

10  GEORGE SMITH, Individually and on Behalf      :
    of All Others Similarly Situated,             :
11                                                 :      Case Number
                           Plaintiff,             :
12                                                 :
                     v.                            :      2:18-cv-00314-RFB-PAL
13                                                 :
                                                   :
14  PINNACLE ENTERTAINMENT, INC.,                  :
    ANTHONY M. SANFILIPPO, CARLOS                  :
15  RUISANCHEZ, CHARLES L. ATWOOD,                 :
    STEPHEN COMER, RON HUBERMAN,                   :
16  JAMES L. MARTINEAU, JAYNIE MILLER              :
    STUDENMUND, and DESIRÉE ROGERS,                :
17                                                 :
                           Defendants.            :
18

19

20        **STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION**

21        WHEREAS, Plaintiff commenced the above-captioned action (the "Action") on behalf of

22  himself and a putative class of stockholders of Pinnacle Entertainment, Inc. ("Pinnacle"),

23  challenging disclosures in connection with the upcoming vote of Pinnacle stockholders on an

24  Agreement and Plan of Merger, dated December 17, 2017 (the "Merger Agreement"), executed

25  among Pinnacle, Penn National Gaming, Inc. ("Penn"), and Franchise Merger Sub, Inc., a wholly

26  owned subsidiary of Penn ("Merger Sub"), providing for the merger of Merger Sub with and into

27  Pinnacle, with Pinnacle continuing as the surviving corporation (the "Proposed Transaction");

28

1    WHEREAS, on February 28, 2018, Pinnacle filed a Definitive Proxy Statement (the

2  "Definitive Proxy Statement") with the United States Securities and Exchange Commission (the

3  "SEC") recommending that Pinnacle stockholders vote to adopt the Merger Agreement;

4    WHEREAS, on March 19, 2018, Pinnacle filed with the SEC a Form 8-K Current Report

5  that contained supplemental disclosures (the "Supplemental Disclosures") to the Definitive Proxy

6  Statement, which partially mooted the disclosure claims raised by Plaintiff in the Class Action

7  Complaint filed with this Court on February 21, 2018;

8    WHEREAS, it is the current intention of counsel for Plaintiff in the Action to dismiss the

9  Action with prejudice as to the named Plaintiff only pursuant to Federal Rule of Civil

10 Procedure 41(a).  Should the parties not reach an agreement regarding Plaintiff's counsel's claims

11 for a mootness fee based upon the Supplemental Disclosures (the "Mootness Fee Claim"), then

12 Plaintiff and Plaintiff's counsel shall submit an application for an award of attorneys' fees and

13 reimbursement of expenses (the "Fee Application") in connection with the Supplemental

14 Disclosures;

15   WHEREAS, no compensation in any form has passed directly or indirectly to the Plaintiff

16 or his attorneys and no promise or agreement to give any such compensation has been made, nor

17 has any discussion relating to any such compensation taken place between the parties;

18   WHEREAS, no class has been certified in the Action;

19   IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that:

20   1.    The Action is dismissed with prejudice as to the named Plaintiff only.

21   2.    To the extent the parties do not reach an agreement regarding the Mootness Fee

22 Claim, the Court retains jurisdiction of the Action solely for determining Plaintiff's Fee

23 Application, and Plaintiff intends to submit as part of any Fee Application a request for fees arising

24 out of two related actions:  *Robert Ohigashi v. Pinnacle Entertainment, Inc., et al.*, Case No. 2:18-

25 cv-00387-JAD-VCF (D. Nev.); and *Adam Franchi v. Pinnacle Entertainment, Inc., et al.*, Case No.

26 2:18-cv-00415-JCM-CWH (D. Nev.).

27   3.    This Stipulation is entered into without prejudice to any position, claim or defense

28 any party may assert with respect to the Fee Application or any matter related thereto.

Dated:  April 4, 2018

/s/ Martin A. Muckleroy
Martin A. Muckleroy
Nevada Bar No. 9634
**MUCKLEROY LUNT**
6077 S. Fort Apache Rd., Ste. 140
Las Vegas, Nevada 89148
Tel:    (702) 907-0097
Fax:    (702) 938-4065
Email: martin@muckleroylunt.com

*Counsel for Plaintiff George Smith*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
Robert W. Killorin
685 Third Avenue, 26th Floor
New York, New York 10017
Tel:    (212) 983-9330
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

/s/ Mitchell J. Langberg
Mitchell J. Langberg
Nevada Bar No. 10118
**BROWNSTEIN HYATT FARBER
SCHRECK, LLP**
2049 Century Park East, Suite 3550
Los Angeles, California 90067
Tel:    (310) 500-4631
Email: mlangberg@bhfs.com

*Attorneys for Defendants Pinnacle, Anthony M.
Sanfilippo, Carolos Ruisanchez, Charles L.
Atwood, Stephen Comer, Ron Huberman,
James L. Martineau, Jaynie Miller
Studenmund and Desirée Rogers*

**OF COUNSEL:**

**SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP**
Robert S. Saunders
Arthur R. Bookout
Parker M. Justi
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:    (302) 651-3170
Email: rob.saunders@skadden.com
Email: art.bookout@skadden.com
Email: parker.justi@skadden.com

IT IS SO ORDERED:




United States District Court Judge



Dated: _____

825490-WILSR01A - MSW